**Sidney Lerman, doing business as Bell Sales Company, Appellee, v. Lawrence Maturo, also known as Lawrence Maruro, Sr., Appellant.**

**Gen. No. 47,197.**

First District, Third Division.
November 6, 1957.
Released for publication December 18, 1957.

Normand Cohen, and Sidney Horwitz, for appellant; Irving Eisenberg (Paul I. Baikoff, of counsel) for appellee. Opinion by PRESIDING JUSTICE BURKE. **Not to be published in full.**